IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PATSY M. ODOM and GRADY ODOM, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 125-071 |
| | ) | |
| PFJ SOUTHEAST, LLC; PILOT TRAVEL CENTERS, LLC; and JOHN DOES #1-3, | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Pursuant to the parties' request, the Court held a telephone conference on January 27, 2026, to address setting this case for trial or mediation. The Court also took up the defense motion to reopen discovery for the limited purpose of deposing a non-party witness. With the consent of Plaintiffs, the Court **GRANTS** the motion to reopen discovery, (doc. no. 33), with the requirement that the deposition of non-party witness Lisa Hamlet-Oglesby be taken as soon as possible, but in no event later than March 9, 2026.

By that same deadline, the parties shall jointly inform the Court with a filing on the record whether they want the case set for trial or mediation. If the preference is to mediate the case, the parties must indicate whether they prefer to hire a private mediator or utilize the services of the undersigned or a bankruptcy judge. As discussed during the phone conference, the choice of a mediator would also necessarily inform the choice of presiding judicial official at trial, a decision which shall also be disclosed no later than March 9th. Finally, the parties

agreed to file whatever motion may be necessary to identify the proper Defendant(s) and dismiss any improper Defendant listed by the same deadline of March 9, 2026.

    SO ORDERED this 28th day of January, 2026, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA